(80 South. 132)

### KREUTNER v. STATE. (3 Div. 314.)

(Court of Appeals of Alabama. Nov. 26, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

Henry Kreutner was convicted of crime, and he appeals. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellant.

F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded on authority of Henry Kreutner v. State, 80 South. 125 in Supreme Court.

---

(80 South. 132)

### TOOLE v. STATE. (3 Div. 319.)

(Court of Appeals of Alabama. Nov. 19, 1918.)

Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge.

William J. Toole appeals from an adverse ruling in a prosecution against him. Reversed and remanded.

Goodwyn & McIntyre, of Montgomery, for appellant.

F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. The material question presented by this appeal has been acted upon in the case of Henry Kreutner v. State, 80 South. 125, in Supreme Court.

Upon the authority of that case, this cause is reversed and remanded.

Reversed and remanded.